UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARRITA MURPHY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 03-02414 (RCL) |
| ) | |
| INTERNAL REVENUE SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

In accordance with the Memorandum Opinion issued this date; and upon consideration of the defendants' Motion [9] to Dismiss for lack of jurisdiction, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the defendants' Motion [9] to Dismiss is DENIED.

Furthermore, in accordance with the Memorandum Opinion issued this date; and upon consideration of the plaintiffs' Motion [19] for Partial Summary Judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the plaintiffs' Motion [19] for Partial Summary Judgment is DENIED.

Finally, in accordance with the Memorandum Opinion issued this date; and upon consideration of the defendants' Motion [10] for Summary Judgment, the opposition thereto, the applicable law, and the entire record herein, it is hereby

ORDERED that the defendants' Motion [10] for Summary Judgment is GRANTED; and it is further

ORDERED that the plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 22, 2005.